No. 13-17606
═══════════════════════════════════════════════

IN THE UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
─────────────────────────────

**MATTHEW D. TANNER**,

*Objector-Appellant*,

**JEFF MILANS**; **PETER COMSTOCK**, individually and on behalf of all others similarly situated; **THE SETTLEMENT CLASS**

*Plaintiffs-Appellees*;

v.

**NETFLIX, INC.**,

*Defendant-Appellee.*

─────────────────────────────

## MOTION TO DISMISS APPEAL

Pursuant to F.R.A.P. 42(b), Appellant Matthew Tanner moves to dismiss this appeal with prejudice. No Appellee opposes this motion. Each party shall bear his own costs.

/s/ Clinton A. Krislov
Clinton A. Krislov
Krislov & Associates, Ltd.
20 N. Wacker Drive
Suite 1350
Chicago, IL 60606
(312) 606-0500
clint@krislovlaw.com

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that the foregoing document was filed via the ECF filing system of the U.S. Court of Appeals for the Ninth Circuit on June 13, 2014 and that as a result, electronic notice of the filing was served upon all attorneys of record.

                                                            /s/ Clinton A. Krislov